IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
RICHMOND

**UNITED STATES OF AMERICA**

            Appellee,

v                                                     Appeal No. 15-4176

**KENDALL LAMAR SPEARS**

            Appellant.

### Motion for Extension of Time

Comes now the Appellant, Kendall Lamar Spears, by his counsel, A. Courtenay Craig, and moves this Court for a 60 day extension for the deadline to submit both the appendix and the appellate brief in the above-referenced matter. As grounds for the Motion the Appellant submits the following:

1.      Appellant's brief in this matter is due July 14, 2015.

2.      Mr. Spears' was: convicted on or about December 10, 2014; sentenced on or about March 13, 2015 and; filed a Notice of Intent to Appeal on or about March 23, 2015.

3.      Unfortunately, Mr. Spears retained counsel but could not afford to retain counsel for appeal and there was an oversight in requesting the Court to appoint counsel for appeal at sentencing. Obtaining the requisite paperwork from the defendant and ordering transcripts were, therefore, delayed for nearly two months.

4.      The last appellate transcripts were just received on June 8, 2015 and a scheduling order from 4th Circuit Court of Appeals was just issued on June 9, 2015.

5.      Counsel has purchased non-refundable tickets for a trip to Africa (Windhoek, Namibia and Cape Town, South Africa) with his mother for her 70th Birthday which will take

place between June 22, 2015 and July 12, 2015 followed by a family funeral in Sarajevo, Bosnia on or about July 16, 2015 putting counsel back in the United States on or about July 18, 2015.

6. There is no guarantee internet service will be available during the Africa portion of the trip.

7. Additionally, Appellate counsel has three criminal trials set in the months of late July 2015 and early August 2015: State of West Virginia v. Lorenzo Smiley No: 14-F-244; State of West Virginia v. Timothy Luckett No: 13-F-193 and State of West Virginia v. Kierra May No: 15-F-21 in Cabell County and Jackson County, West Virginia respectively.

8. Counsel would have no problem completing all of the above without further continuance or extension if this Court would grant a sixty-day extension for the appellate brief in this case.

WHEREFORE, the appellant respectfully requests a 45-day extension of the time frame for filing his appellate brief and for any other relief this Court deems just and equitable.

    Respectfully submitted

    KENDALL LAMAR SPEARS

    By counsel

    s/ A Courtenay Craig_____
    A Courtenay Craig
    Craig Law Office
    West Virginia State Bar. No. 8530
    621 Sixth Avenue
    Huntington, WV 25701
    Telephone-(304)-6974422
    Facsimile- (304-250-3000
    E-mail:courtenaycraig@hotmail.com

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing "Motion for Extension of Time" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing on the 12th day of June, 2015, to:

Gregory McVey, AUSA
Assistant United States Attorney
845 Fifth Avenue, Room 209
Huntington, WV 25701
Telephone: 304-529-5799
Fax: 304-529-5545
Email: greg.mcvey@usdoj.gov

/s/ A. Courtenay Craig
A. Courtenay Craig, (WV#8530)
337 Fifth Avenue
Huntington, WV 25701
(304) 697-4422-Telephone
(304) 522-0835-Facsimile
courtenaycraig@hotmail.com